# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Betty Nesbitt

    Debtor(s)

In Proceedings
Under Chapter 13

BK 20−30532−lkg

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−0569

# ORDER CONFIRMING CHAPTER 13 PLAN

The Court finds that the plan (and if applicable as amended or modified) meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT:**

The debtor's Chapter 13 plan is confirmed.

ENTERED: October 8, 2020          /s/ Laura K. Grandy
                                                     UNITED STATES BANKRUPTCY JUDGE